United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 11, 2005**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

―――――――――――――――

No. 04–20554

―――――――――――――――

RODMAN A EGGEN,

Plaintiff - Appellant,

versus

SASOL CHEMICAL INDUSTRIES LTD; SASOL LIMITED; SASOL HOLDING BV; SASOL
SYNTHETIC FUELS LTD,

Defendants - Appellees.

―――――――――――――――――――――――――――――

Appeal from the United States District Court
For the Southern District of Texas
(No. 4:02–CV–1822)

―――――――――――――――――――――――――――――

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    This Court has considered Eggen's position in light of the briefs, pertinent portions of the
record, and oral argument.  Having done so, we find no reversible error of fact or law and AFFIRM
for essentially the reasons stated by the district court.

―――――――――――――――――

    [*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5th Cir. R.
47.5.4.